Minutes of the United States District Court
Southern District of California
**APRIL 29, 2010**

HON. **WILLIAM MCCURINE, JR.**     DEPUTY CLERK: <u>ROI-ANN BRESSI</u>

---

| | | | |
|---|---|---|---|
| 10MJ1383 | U.S.A. | VS | JEFFREY LEE McDANIEL  (1)(C)(ENG)  # |

INITIAL APPEARANCE            GRETCHEN VON HELMS/ JAN RONIS, S/A (1)

                              AUSA: ALESSANDRA SERANO

---

TAPE#WMC10-11:23-11:55

DOA: 4/28/10

GOVT'S ORAL MOTION TO UNSEAL COMPLAINT - GRANTED
CASE REASSIGNED TO MAGISTRATE JUDGE WILLIAM McCURINE, JR.

INITIAL APPEARANCE ON COMPLAINT
ATTY JAN RONIS S/A

DFT INFORMED OF CHARGES
BAIL SET AT $50,000 PS BOND
DFT TO BE RELEASED ON SIGNATURE BOND. COUNSEL TO FOLLOW UP WITH COMPLETE PROPERTY BOND BY MAY 13, 2010.

PRELIMINARY HEARING SET FOR 5/13/10 AT 9:00 A.M. BEFORE MAGISTRATE JUDGE McCURINE, JR.

INT APR 5 MIN