# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )  CASE NUMBER 10mj1383
)
vs )  ABSTRACT OF ORDER
)
Jeffrey Lee McDaniel )  Booking No. _____
)
)

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of 4/30/10
the Court entered the following order:

__X__ Defendant be released from custody. On 4/30/10 by 10:30 am

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

_____ Defendant released on $50,000 P/S bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

_____ Defendant sentenced to TIME SERVED, supervised release for _____ years.

_____ c.c. judgment Court of Appeals ( _____ affirming) ( _____ reversing) decision of this Court:
_____ dismissing appeal filed.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

_____ Case Dismissed.

__X__ Defendant to be released to Pretrial Services for electronic monitoring.

__X__ Other. Please call # _____ Pretrial Services when
1) Nearly for release and/or transported.

UNITED STATES MAGISTRATE JUDGE
  OR
W. SAMUEL HAMRICK, JR. / Clerk
by [signature] Deputy Clerk

Received _[signature]_
         DUSM

Crim-9   (Rev 6-95)                                     ☆ U.S. GPO: 1996-783-398/40151

CLERK'S COPY