FILED

MAY 27 2010

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 10CR 2047-W |
| Plaintiff, ) | I N F O R M A T I O N |
| v. ) | |
| JEFFREY MCDANIEL, ) | Title 18, U.S.C., Sec. 2252(a)(2) - Distribution of Images of Minors Engaged in Sexually Explicit Conduct |
| Defendant. ) | |

The United States Attorney charges:

On or about February 7, 2010, within the Southern District of California, defendant JEFFREY MCDANIEL did knowingly distribute visual depictions using any means and facility of interstate and foreign commerce, and that had been mailed, shipped and transported in and affecting interstate and foreign commerce, and which contains materials which have been mailed, shipped and transported in interstate and foreign commerce, by any means including by computer, the production of which involved the use of a minor engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and which visual depiction(s) were of such conduct; in violation of Title 18, United States Code, Section 2252(a)(2).

DATED: May 27, 2010

KAREN P. HEWITT
United States Attorney

ALESSANDRA P. SERANO
Assistant U.S. Attorney