MAY. 6. 2010  7:19AM     U   GC SAN DIEGO CA                                    NO. 0491  P. 3/18

AO 455(Rev. 5/85) Waiver of Indictment

**FILED**

MAY 27 2010

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

JEFFREY MCDANIEL

WAIVER OF INDICTMENT

CASE NUMBER: 10CR2047-W

I, JEFFREY MCDANIEL, the above named defendant, who is accused of violating Title 18, United States Code, Section 2252(a)(2)— distribution of images of minors engaged in sexually explicit conduct (Felony), being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on 5/23/10 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
JUDICIAL OFFICER