```
 1  KAREN P. HEWITT
    United States Attorney
 2  ALESSANDRA P. SERANO
    Assistant U.S. Attorney
 3  California State Bar No. 204796
    United States Attorney's Office
 4  880 Front Street, Room 6293
    San Diego, California 92101-8893
 5  Telephone: (619) 557-7084/(619) 235-2757 (Fax)
    Email: alessandra.p.serano@usdoj.gov
 6
    Attorneys for Plaintiff
 7  United States of America
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 10CR2047-W |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | NOTICE OF APPEARANCE |
| Jeffrey McDaniel, | ) | |
| Defendant. | ) | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case.

I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for CM/ECF purposes, and should receive all Notices of Electronic Filings relating to activity in this case:

| Name | Cal. Bar No. | Telephone No. | Email Address |
|---|---|---|---|
| Alessandra P. Serano | 204796 | 619/557-7084 | alessandra.p.serano@usdoj.gov |

| | |
|---|---|
| 1 | |
| 2 | Effective this date, <u>the following attorneys are no longer associated with this case</u> and should |
| 3 | <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case: |
| 4 | <u>Name</u>　　　　　　　<u>Cal. Bar No.</u>　<u>Telephone No.</u>　　<u>Email Address</u> |
| 5 | n/a |
| 6 | |
| 7 | Please call me if you have any questions about this notice. |
| 8 | DATED: May 28, 2010 |

DATED: May 28, 2010

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　KAREN P. HEWITT
　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　s/Alessandra P. Serano

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　ALESSANDRA P. SERANO
　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　United States of America
　　　　　　　　　　　　　　　　　　Email: alessandra.p.serano@usdoj.gov

|   |   |   |
|---|---|---|
| 1 | UNITED STATES DISTRICT COURT | |
| 2 | SOUTHERN DISTRICT OF CALIFORNIA | |

UNITED STATES OF AMERICA,          )        Case No.  10CR2047-W
                                   )
         Plaintiff,                )
                                   )
    v.                             )
                                   )        CERTIFICATE OF SERVICE
Jeffrey McDaniel,                  )
                                   )
         Defendant.                )
                                   )

IT IS HEREBY CERTIFIED THAT:

   I, ALESSANDRA P. SERANO, am a citizen of the United States and am at least eighteen years of age.  My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

   I am not a party to the above-entitled action.  I have caused service of United States' Notice of Attorney Appearance on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

   Brian McDaniel, Esq.

   I declare under penalty of perjury that the foregoing is true and correct.

   Executed on May 28, 2010

                              s/Alessandra P. Serano
                              ALESSANDRA P. SERANO