```
 1  BRIAN J. WHITE  Bar No. 155198
    Attorney at Law
 2  4320 Iowa Street
    San Diego, CA 92104
 3  Telephone: (619) 280-8022
    Facsimile: (619) 280-8023
 4
    Attorney for Defendant,
 5  JEFFREY LEE MCDANIEL
 6
 7
                        UNITED STATES DISTRICT COURT
 8
                       SOUTHERN DISTRICT OF CALIFORNIA
 9
                          (HON. THOMAS J. WHELAN)
10
11
12  UNITED STATES OF AMERICA,          )   Case No. 10CR2047-W
                                       )
13         Plaintiff,                  )   NOTICE OF MOTIONS AND
                                       )   MOTIONS TO:
14         vs.                         )
                                       )   1) COMPEL DISCOVERY; AND
15  JEFFREY LEE MCDANIEL,              )   2) LEAVE TO FILE FURTHER
                                       )      MOTIONS
16         Defendant.                  )
                                       )   Date:  June 7, 2010
17                                     )   Time:  9:00 a.m.
                                       )
18
```

19         TO: KAREN P. HEWITT, UNITED STATES ATTORNEY, AND TO ALESSANDRA P.

20  SERANO, ASSISTANT UNITED STATES ATTORNEY:

21         PLEASE TAKE NOTICE that on June 7, 2010 , 9:00 a.m., or as soon thereafter as counsel

22  may be heard, the defendant, Jeffrey Lee McDaniel, by and through his counsel, Brian J. White, will

23  ask this Court to enter an order granting the motions listed below.

24  //

25  //

26  //

27  //

28  //

## MOTIONS

Defendant, Jeffrey Lee McDaniel, by and through his attorney, Brian J. White, pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes, case law and local rules, hereby moves this Court for an order to:

1) compel discovery; and

2) grant leave to file further motions.

These motions are based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, the attached exhibits, and any and all other materials that may come to this Court's attention at the time of the hearing on these motions.

Respectfully submitted,

Dated: June 4, 2010

/s/ Brian J. White
BRIAN J. WHITE Attorney for
Defendant JEFFREY LEE MCDANIEL