# PROOF OF SERVICE BY E-FILE

## UNITED STATES FEDERAL COURT, SOUTHERN DISTRICT

*United States v. Jeffrey Lee McDaniel*, Case No. 10CR2047-W

I am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to the within action; my business address is 4320 Iowa Street, San Diego, California 92104.

On June 4, 2010, I served the foregoing documents described as:

Notice of Motions and Motions To: 1) Compel Discovery; and 2) Leave to File Further Motions and Statement of Facts and Memorandum of Points and Authorities in Support of Defendant's Motions To: 1) Compel Discovery; and 2) Leave to File Further Motions

on the interested parties in this action by e-filing the above referenced document though the CM/ECF web-site.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on June 4, 2010 at San Diego, California.

*/s/ Charity Renfroe*
CHARITY RENFROE