FILED
SEP 20 2010
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 10CR2047W |
| Plaintiff, ) | |
| ) | **I N F O R M A T I O N** |
| v. ) | **SUPERSEDING** |
| ) | Title 18, U.S.C., Sec. 2252(a)(4)(B) |
| JEFFREY MCDANIEL, ) | -Possession of Images of Minors |
| ) | Engaged in Sexually Explicit Conduct |
| Defendant. ) | |

The United States Attorney charges:

On or about April 21, 2010, within the Southern District of California, defendant JEFFREY MCDANIEL, did knowingly possess one or more matters, that is, computers hard drive(s) and computer media containing digital and computer images that had been mailed, shipped and transported using any means or facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, and which were produced using materials which have been mailed, shipped and transported in interstate and foreign commerce, by any means including by computer, the production of which involved the use of a minor engaging in sexually explicit conduct, as defined in Title 18, U.S.C., Section 2256(2), and which visual depictions were of such conduct; in violation of Title 18, U.S.C., Section 2252(a)(4)(B).

DATED: September 20, 2010

LAURA E. DUFFY
United States Attorney

ALESSANDRA P. SERANO
Assistant U.S. Attorney