BRIAN J. WHITE  Bar No. 155198
Attorney at Law
4320 Iowa Street
San Diego, CA 92104
Telephone: (619) 280-8022
Facsimile: (619) 280-2023

Attorney for Defendant,
JEFFREY LEE McDANIEL

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE THOMAS J. WHELAN )

| UNITED STATES OF AMERICA, | Case No. 10cr02047-001-W |
|---|---|
| Plaintiff, | **SUPPLEMENTAL SENTENCING DOCUMENT** |
| vs. | |
| JEFFREY LEE McDANIEL, | Date: 4/4/11 |
| Defendant. | Time: 9:00 a.m. |

   COMES NOW the defendant, JEFFREY LEE McDANIEL, by and through his attorney, Brian J. White, Attorney at Law, and hereby submits a Supplemental Sentencing Document, which is attached hereto.

Respectfully submitted,

Dated: March 31, 2011          /s/ Brian J. White
                               BRIAN J. WHITE, Attorney for
                               JEFFREY L. McDANIEL

Mr. Brian White
4320 Iowa Street
San Diego, Ca 92104

September 20, 2010

Dear Sirs,

I am writing you today in regards to Jeff Daniels and what kind of person he has been in my eyes. We have known eachother for about three years. He was a member of a club I belong to dealing with the general public.

I have visited his home when his mother was still able to live there and have worked alongside him seating people on small trains. He was never inappropriate with anyone and I do not believe him to be a danger to the community. He was kind, helpful and polite and always willing to work with all the members of the club.

I consider him a friend and a good person and the position he is in now seems so out of character for him I believe that anyone who speaks with Jeff will soon see what a gentle and caring person he is.

Thank you for taking my opinion of him into your consideration.

Sincerely yours,

Lesley Neff
3009 Shelby Dr.
National City, Ca 91950