PROB 12B
(04/08)

November 30, 2015
pacts id: 233336

# UNITED STATES DISTRICT COURT
# FOR THE
# SOUTHERN DISTRICT OF CALIFORNIA

## Request for Modifying the Conditions or Term of Supervision

**Name of Offender:** Jeffrey Lee McDaniel (English)     **Dkt No.:** 10CR02047-001-W

**Name of Sentencing Judicial Officer:** The Honorable Thomas J. Whelan, Senior U.S. District Judge

**Sentence:** 63 months custody; seven years supervised release. *(Special Conditions: Refer to Judgment and Commitment Order.)*

**Date of Sentence:** April 4, 2011

**Date Supervised Release Will Commence:** December 23, 2015

**Prior Violation History:** None.

---

## PETITIONING THE COURT

**TO MODIFY THE CONDITIONS OF SUPERVISION AS FOLLOWS:**

Reside in a Residential Reentry Center (RRC) as directed by the probation officer for a period up to 120 days.

## CAUSE

Mr. McDaniel is currently in custody at FCI Englewood, in Littleton, Colorado, completing his custodial confinement and is scheduled to be released on December 23, 2015.

The undersigned was just informed the offender's previously approved residence is no longer available, and he does not have another proposed residence. Therefore, the undersigned is recommending he be placed at a RRC for a period up to 120 days to allow him a stable residence upon his release. Placement will also assist with his transition back into the community. Attached for the Court's review is a Waiver of Hearing form, signed by Mr. McDaniel, in which he assents to the proposed modification of the conditions of his supervised release.

Respectfully submitted:                                    Reviewed and approved:

by _____                        _____
Christopher J. Marco                                       Jennifer K. Walker
Senior U.S. Probation Officer                              Supervising U.S. Probation Officer
(619) 409-5183

                                                           MCS for AO

Attachments:

Case 3:10-cr-02047-W   Document 51   Filed 12/04/15   PageID.118   Page 2 of 2

PROB12B

Name of Offender: Jeffrey Lee McDaniel    November 30, 2015
Docket No.: 10CR02047-001-W    Page 2

## THE COURT ORDERS:

__X__  The Modification of Conditions as Noted Above

_____  Other _____

_____    ___12/1/15___
The Honorable Thomas J. Whelan         Date
Senior U.S. District Judge