PROB 12B  
(04/08)

March 2, 2016  
pacts id 233336

# UNITED STATES DISTRICT COURT
# FOR THE
# SOUTHERN DISTRICT OF CALIFORNIA

## Request for Modifying the Conditions or Term of Supervision

**Name of Offender:** Jeffrey Lee McDaniel (English)  **Dkt No.:** 10CR02047-001-W

**Name of Sentencing Judicial Officer:** The Honorable Thomas J. Whelan, Senior U.S. District Judge

**Sentence:** 63 months custody; seven years supervised release. *(Special Conditions: Refer to Judgment and Commitment Order.)*

**Date of Sentence:** April 4, 2011

**Modification:** On December 1, 2015, Your Honor allowed for the modification of conditions to include a residential reentry center (RRC) placement up to 120 days to facilitate housing needs.

**Date Supervised Release Commenced:** December 24, 2015

**Prior Violation History:** None.

---

## PETITIONING THE COURT

### TO MODIFY THE CONDITIONS OF SUPERVISION AS FOLLOWS:

Participate in a program of mental health treatment as directed by the probation officer, take all medications as prescribed by a psychiatrist/physician, and not discontinue any medication without permission. The court authorizes the release of the presentence report and available psychological evaluations to the mental health provider, as approved by the probation officer. Allow for reciprocal release of information between the probation officer and the treatment provider. May be required to contribute to the costs of services rendered in an amount to be determined by the probation officer, based on ability to pay.

### CAUSE

Since the Court was last notified on November 30, 2015, the offender was released from custody on December 24, 2015, and continues to reside at the RRC. On February 25, 2016, the offender told the RRC staff that he was suicidal and wanted to jump off of the second story of the building. Emergency services were called and Mr. McDaniel was taken to the hospital. He was held overnight and discharged on February 26, 2016, and returned to the RRC. He was not given any psychotropic medications.

On February 29, 2016, the undersigned met with the offender at the RRC. He stated that sometimes he is not thinking straight and says "stupid things." He denied any recent thoughts of suicide and is committed to continuing to reside at the RRC. The undersigned spoke to him about adding a special condition of supervision requiring mental health treatment, as it will provide the opportunity to ensure his mental health concerns are being met. He agreed that mental health treatment may be beneficial.

Mr. McDaniel is currently attending sex offender counseling (weekly group and two times a month individual). He is stressed about not being able to secure both a residence and employment. On March 9, 2016, the offender will be starting employment assistance training program facilitated by the probation office. The undersigned believes that the offender could benefit from additional mental health counseling.

PROB12B

Name of Offender: Jeffrey Lee McDaniel  
Docket No.: 10CR02047-001-W

March 2, 2016  
Page 2

Attached for the Court's review is a Waiver of Hearing form, signed by Mr. McDaniel, in which he assents to the proposed modification of the conditions of his supervised release.

Respectfully submitted:  
by _____  
Christopher J. Marco  
Senior U.S. Probation Officer  
(619) 409-5183

Reviewed and approved:  
*Janet Marie Bergland*  Janet Marie Bergland  
Mar 2 2016 12:16 PM  
Janet M. Bergland  
Supervising U.S. Probation Officer

Attachments:

**THE COURT ORDERS:**

__X__ The Modification of Conditions as Noted Above

_____ Other _____

_____  
The Honorable Thomas J. Whelan  
Senior U.S. District Judge

Date 3/8/16

AO