PROB 12B  
(04/08)

March 21, 2016  
pacts id: 233336

# UNITED STATES DISTRICT COURT
## FOR THE
## SOUTHERN DISTRICT OF CALIFORNIA

### Request for Modifying the Conditions or Term of Supervision

**Name of Offender:** Jeffrey Lee McDaniel (English)   **Dkt No.:** 10CR02047-001-W

**Name of Sentencing Judicial Officer:** The Honorable Thomas J. Whelan, Senior U.S. District Judge

**Sentence:** 63 months custody; seven years supervised release. *(Special Conditions: Refer to Judgment and Commitment Order.)*

**Date of Sentence:** April 4, 2011

**Modification:** On December 1, 2015, Your Honor allowed for the modification of conditions to include a residential reentry center (RRC) placement up to 120 days to facilitate housing needs.

**Modification:** On March 8, 2016, Your Honor allowed for the modification of conditions to include a mental health treatment condition.

**Date Supervised Release Commenced:** December 24, 2015

**Prior Violation History:** None.

---

## PETITIONING THE COURT

### TO MODIFY THE CONDITIONS OF SUPERVISION AS FOLLOWS:

**To Remit:**

Complete a sex offender evaluation, which may include periodic psychological, physiological testing, and completion of the ABEL assessment, at the direction of the court or probation officer; and the offender participate and successfully complete an approved state-certified sex offender treatment program, including compliance with treatment requirements of the program. The offender will allow reciprocal release of information between the probation officer and the treatment provider. The offender may also be required to contribute to the costs of services rendered in an amount to be determined by the probation officer, based on ability to pay.

**To Add:**

Complete a sex offender evaluation, which may include periodic psychological, physiological testing, and completion of the ABEL assessment, at the direction of the court or probation officer. If deemed necessary by the treatment provider, the offender shall participate and successfully complete an approved state-certified sex offender treatment program, including compliance with treatment requirements of the program. The offender will allow reciprocal release of information between the probation officer and the treatment provider. The offender may also be required to contribute to the costs of services rendered in an amount to be determined by the probation officer, based on ability to pay. Polygraph examinations may be used following completion of the formal treatment program as directed by the probation officer in order to monitor adherence to the goals and objectives of treatment and as a part of the containment model.

PROB12B

Name of Offender: Jeffrey Lee McDaniel  
Docket No.: 10CR02047-001-W

March 21, 2016  
Page 2

Reside in a Residential Reentry Center (RRC) as directed by the probation officer for a period of up to 120 days.

## CAUSE

As of this writing, Mr. McDaniel continues to reside at the RRC in San Diego. His current placement is set to expire on April 21, 2016. At this juncture, the offender has not yet secured employment, and has no proposed release address. Mr. McDaniel informed the undersigned he does not expect to be able to secure a residence prior to the expiration of his RRC placement. Therefore, the following modification is being sought to allow additional time for the offender to reside at the RRC. Once he secures an approved release address, he will be released from the RRC.

The undersigned is also recommending that the Court remit the above listed sex offender treatment condition and replace it with the one noted above. There have been some recent changes in wording of our sex offender treatment condition and the new condition is the most current wording.

Attached for the Court's review is a Waiver of Hearing form, signed by Mr. McDaniel, in which he assents to the proposed modification of the conditions of his supervised release.

Respectfully submitted:  
by  
Christopher J. Marco  
Senior U.S. Probation Officer  
(619) 409-5183

Reviewed and approved:  
Janet Marie Bergland  
Mar 21 2016 11:26 AM  
Janet M. Bergland  
Supervising U.S. Probation Officer

Attachments:

**THE COURT ORDERS:**

[X] The Modification of Conditions as Noted Above

___ Other _____

The Honorable Thomas J. Whelan  
Senior U.S. District Judge

Date 2/29/16