PROB 12B
(04/08)

July 5, 2016
pacts id: 233336

# UNITED STATES DISTRICT COURT
# FOR THE
# SOUTHERN DISTRICT OF CALIFORNIA

## Request for Modifying the Conditions of Term of Supervision
(Probation Form 49, Waiver of Hearing is Attached)

**Name of Offender:** Jeffrey Lee McDaniel (English)    **Dkt No.:** 10CR02047-001-W

**Name of Sentencing Judicial Officer:** The Honorable Thomas J. Whelan, Senior U.S. District Judge

**Sentence:** 63 months custody; seven years supervised release. *(Special Conditions: Refer to Judgment and Commitment Order.)*

**Date of Sentence:** April 4, 2011

**Modification:** On December 1, 2015, Your Honor allowed for the modification of conditions to include a residential reentry center (RRC) placement up to 120 days to facilitate housing needs.

**Modification:** On March 8, 2016, Your Honor allowed for the modification of conditions to include a mental health treatment condition.

**Modification:** On March 29, 2016, Your Honor allowed for the modification of conditions to include a sex offender treatment condition (updated wording) and another residential reentry center (RRC) placement up to 120 days to facilitate housing needs.

**Date Supervised Release Commenced:** December 24, 2015

**Prior Violation History:** None.

---

## PETITIONING THE COURT

## TO MODIFY THE CONDITIONS OF SUPERVISION AS FOLLOWS:

Reside in a Residential Reentry Center (RRC) as directed by the probation officer for a period up to 120 days. The RRC subsistence shall be waived.

## CAUSE

Since the Court was last notified (March 21, 2016), Mr. McDaniel remains at the RRC. To his credit, he has secured part-time employment as a dishwasher and is still seeking a full-time position. He is receiving both sex offender and mental health treatment. His current RRC placement is due to expire on August 14, 2016, and he will not likely be able to secure a residence by that date. Therefore, the following modification is being sought to allow additional time for the offender to reside at the RRC. To further assist Mr. McDaniel, it is respectfully requested that the Court order that the offender not be required to pay subsistence while at the RRC. This action will assist the offender in saving money in hopes of securing his own residence.

PROB12B

Name of Offender: Jeffrey Lee McDaniel							July 5, 2016
Docket No.: 10CR02047-001-W									Page 2

Attached for the Court's review is a Waiver of Hearing form, signed by Mr. McDaniel, in which he assents to the proposed modification of the conditions of his supervised release.

Respectfully submitted:						Reviewed and approved:

by  _____					_____
Christopher J. Marco						Janet M. Bergland
Senior U.S. Probation Officer					Supervising U.S. Probation Officer
(619) 557-5389

Attachments:

**THE COURT ORDERS:**

__X__ The Modification of Conditions as Noted Above

_____ Other _____

_____						Date  7/7/16
The Honorable Thomas J. Whelan
Senior U.S. District Judge