PROB 12B  
(04/08)

January 25, 2017  
pacts id: 233336

# UNITED STATES DISTRICT COURT
# FOR THE
# SOUTHERN DISTRICT OF CALIFORNIA

## Request for Modifying the Conditions or Term of Supervision
(Probation Form 49, Waiver of Hearing is Attached)

**Name of Offender:** Jeffrey Lee McDaniel (English)     **Dkt No.:** 10CR02047-001-W

**Name of Sentencing Judicial Officer:** The Honorable Thomas J. Whelan, Senior U.S. District Judge

**Sentence:** 63 months in custody, 7 years of supervised release. *(Special Conditions: Refer to Judgment and Commitment Order.)*

**Date of Sentence:** April 4, 2011

**Modifications:** On December 1, 2015, Your Honor modified the conditions of supervision extending the offender's placement in a Residential Reentry Center (RRC) for up to 120 days. On March 18, 2016, the Court added a mental health treatment condition to address the offender's mental health treatment needs. On March 29, 2016, Your Honor extended Mr. McDaniel's RRC placement for up to 120 days and modified the sex offender treatment condition with updated wording. On July 7, 2016, the Court again extended the offender's RRC placement for up to 120 days.

**Date Supervised Release Commenced:** December 24, 2015

**Prior Violation History:** None.

---

## PETITIONING THE COURT

## TO MODIFY THE CONDITIONS OF SUPERVISION AS FOLLOWS:

Be monitored while under supervision with location monitoring technology at the direction of the probation officer, which shall be utilized for the purposes of verifying compliance with any court-imposed condition of supervision. The offender shall pay all or part of the cost of location monitoring based on their ability to pay, as directed by the court and/or probation officer.

## CAUSE

Mr. McDaniel was released from custody on December 24, 2015, commencing a seven-year term of supervised release. To date, the offender has been unable to secure a permanent residence. His placement in a RRC was extended numerous times, as evidenced by the modifications outlined above, to provide him with transitional housing. Unfortunately, Mr. McDaniel is still without permanent housing and further extension of his RRC placement is no longer an option due to lack of available bed space.

Currently, the offender is homeless and without any plan to secure viable housing. He is working with various homeless outreach organizations, but has no current housing options. Because Mr. McDaniel is a registered sex offender, homeless shelters in San Diego, California, will not accept him.

PROB12B

Name of Offender: Jeffrey Lee McDaniel     January 25, 2017
Docket No.: 10CR02047-001-W                                                                    Page 2

Due to the offender's homelessness, combined with his conviction for a registerable sex offense, the undersigned believes that Mr. McDaniel should be monitored via Global Positioning Satellite (GPS) monitoring until he secures a stable residence. That said, it is respectfully recommended that the conditions of supervision be modified, as outlined above, to include GPS monitoring during this period of homelessness. Mr. McDaniel is in agreement with this modification as evidenced by his signature on the attached Waiver of Hearing to Modify Conditions of Probation/Supervised Release.

Respectfully submitted:                                              Reviewed and approved:

by _____                        _____
Scott A. Kiefer                                                         Christopher J. Marco
U.S. Probation Officer                                          Supervising U.S. Probation Officer
(619) 409-5119

                                                                                    *mcs for MTN*

Attachments:

**THE COURT ORDERS:**

__X__  The Modification of Conditions as Noted Above

_____  Other _____

_____

_____                                                      1/27/17
The Honorable Thomas J. Whelan                                      Date
Senior U.S. District Judge